```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
MARGARY PAULINO GARCIA,                                         :
                                                                :
                              Plaintiff,                        :
                                                                :    22-cv-1009 (LJL)
        -v-                                                     :
                                                                :    ORDER
1239 FOOD CORP., d/b/a KEY FOOD,                                :
                                                                :
                              Defendant.                        :
                                                                :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2024

LEWIS J. LIMAN, United States District Judge:

      The Court has sent the parties the Court's draft jury instructions and draft verdict form. The parties should be prepared to discuss both at 9 A.M. on January 17, 2024, prior to the commencement of jury selection.

      SO ORDERED.

Dated: January 16, 2024
       New York, New York

                                                  LEWIS J. LIMAN
                                          United States District Judge