```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
MARGARY PAULINO GARCIA,                                          :
                                                                 :
                        Plaintiff,                               :
                                                                 :            22-cv-1009 (LJL)
        -v-                                                      :
                                                                 :               ORDER
1239 FOOD CORP., d/b/a KEY FOOD,                                 :
                                                                 :
                        Defendant.                               :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2024

LEWIS J. LIMAN, United States District Judge:

      Plaintiff's motion to exclude Defendant's Exhibit 7 is GRANTED.  Plaintiff moved to exclude that exhibit on January 15, 2024.  Dkt. No. 30.  The Court ordered Defendant to file its response to that motion by 2:00 P.M. the following day.  Dkt. No. 31.  However, Defendant failed to do so.  At Defendant's request, the Court permitted Defendant to submit a copy of Exhibit 7 to the Court by 7:00 P.M. on January 17, 2024 if Defendant intended to introduce the exhibit at trial.  Once again, Defendant failed to comply with the Court-ordered deadline.  In light of Defendant's repeated disregard for the Court's deadlines, the Court deems Plaintiff's motion to exclude Exhibit 7 unopposed.  *See Workman v. Namaste Techs., Inc.*, 2019 WL 280948, at *1 (S.D.N.Y. Jan. 22, 2019); *VSLP Krishtul v. VSLP United, LLC*, 2014 WL 940941, at *2 (E.D.N.Y. Mar. 11, 2014), *aff'd*, 648 F. App'x 81 (2d Cir. 2016).  The Court therefore grants Plaintiff's motion and excludes Defendant's Exhibit 7 from trial.

      SO ORDERED.

Dated: January 17, 2024
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge