```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MARGARY PAULINO GARCIA,                                            :
                                                                   :
                         Plaintiff,                                :
                                                                   :           22-cv-1009 (LJL)
             -v-                                                   :
                                                                   :             ORDER
1239 FOOD CORP.,                                                   :
                                                                   :
                         Defendant.                                :
                                                                   X
-----------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/17/2025

LEWIS J. LIMAN, United States District Judge:

During trial on January 19, 2024, the parties reached a settlement in this case. January 19, 2024, Minute Entry. On March 31, 2025, the Court ordered the parties to show cause by April 14, 2025, why this case should not be closed. No objection has been filed. Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: April 17, 2025
       New York, New York
                                            _____
                                            LEWIS J. LIMAN
                                            United States District Judge